IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILFORD T. MOSIER PLAINTIFF

v. Case No. 6:26-cv-06070

WHITE, *et al*. DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9. Judge Ford recommended that Plaintiff's claims be dismissed without prejudice because Plaintiff has failed to comply with three Court orders. Plaintiff has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 9) in its entirety. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge